STATE of Missouri, Respondent,

v.

Jerry PARRISH, Appellant.

No. WD 48037.

Missouri Court of Appeals,
Western District.

April 12, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 1994.

Application to Transfer Denied
Aug. 15, 1994.

Seth D. Schumaker, Lancaster, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John R. Watson, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from convictions of sexual assault in the first degree, § 566.040, RSMo.1986, possession of a controlled substance, § 195.202, RSMo.Supp.1993, and delivery of a controlled substance, § 195.211, RSMo.Supp. 1993; and from concurrent prison terms totalling ten years.

Judgment affirmed pursuant to Rule 30.25(b).